

SO ORDERED,

*/s/ Jason D. Woodard*

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
BENJAMIN ERIC WATTS  
AMY NICOLE WATTS

CASE NUMBER 14-14565-JDW

### CONSENT ORDER

**THIS MATTER** came before the court on the request of the parties hereto for the entry of this Consent Order which reflects the agreement of the parties to allow confirmation of the proposed Chapter 13 Plan, notwithstanding the Objection of 21st Mortgage to Chapter 13 Plan [Dkt No. 24] presently pending before this Court, subject to the terms of this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED, the Trustee may recommend the proposed Chapter 13 Plan for confirmation notwithstanding the Objection of 21st Mortgage to Chapter 13 Plan [Dkt No. 24] which is presently pending before this Court, subject to the terms of this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED, the claim of 21st Mortgage shall have an agreed value of $30,000.00 and will be paid with interest at the rate of five percent (5%) per annum pending further order of the Court.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that nothing contained herein or in the confirmed plan shall bar 21st Mortgage from receiving a higher rate of interest, if subsequently

ordered by this Court prior to completion of plan payments. In such instance, the Trustee shall retroactively apply said rate of interest to the secured claim and take such discretionary actions, including the increase of plan payments to cure any delinquency resulting from the increased interest rate.

IT IS, THEREFORE, ORDERED AND ADJUDGED, nothing contained in this order, or any plan confirmed pursuant to this Order, shall affect the rights, actions, claims, or defenses of the Debtor(s), 21st Mortgage, or any party in with interest regarding to the Objection of 21st Mortgage to Chapter 13 Plan (Dkt No. 24).

#End of Order#

AGREED AND APPROVED:

_/s/ Edward E. Lawler, Jr._
Edward E. Lawler, Jr.
Attorney for 21st Mortgage

_See attached_
Alan T. Alexander
Attorney for Debtors

_See attached_
Locke D. Barkley
Trustee

| | | | |
|---|---|---|---|
| Movant's attorney: | Edward E. Lawler, Jr.<br>Mississippi Bar No. 1095<br>Post Office Box 2488<br>Ridgeland, MS 39158-2488<br>(601) 572-8778<br>email: elawler@mckaylawler.com | Trustee: | Locke D. Barkley<br>Chapter 13 Trustee<br>Northern District of Mississippi<br>6360 I-55 North, Suite 140<br>Jackson, MS 39211<br>(601) 355-6661<br>Email: orders@barkley13.com |
| Debtors' attorney: | Alan T. Alexander<br>Mississippi Bar No. 100070<br>125 Thacker Loop<br>Oxford, MS 38655<br>(662) 234-4747<br>Email: alan_alexander@yahoo.com | | |

ordered by this Court prior to completion of plan payments. In such instance, the Trustee shall retroactively apply said rate of interest to the secured claim and take such discretionary actions, including the increase of plan payments to cure any delinquency resulting from the increased interest rate.

IT IS, THEREFORE, ORDERED AND ADJUDGED, nothing contained in this order, or any plan confirmed pursuant to this Order, shall affect the rights, actions, claims, or defenses of the Debtor(s), 21st Mortgage, or any party in with interest regarding to the Objection of 21st Mortgage to Chapter 13 Plan (Dkt No. 24).

#End of Order#

AGREED AND APPROVED:

*[signature]*
Edward E. Lawler, Jr.
Attorney for 21st Mortgage

*Alan Alexander*
Alan T. Alexander  MSB # 100070
Attorney for Debtors

G. Adam Sanford *(digitally signed)*

Locke D. Barkley
Trustee

| | | | |
|---|---|---|---|
| Movant's attorney: | Edward E. Lawler, Jr.<br>Mississippi Bar No. 1095<br>Post Office Box 2488<br>Ridgeland, MS 39158-2488<br>(601) 572-8778<br>email: elawler@mckaylawler.com | Trustee: | Locke D. Barkley<br>Chapter 13 Trustee<br>Northern District of Mississippi<br>6360 I-55 North, Suite 140<br>Jackson, MS 39211<br>(601) 355-6661<br>Email: orders@barkley13.com |
| Debtors' attorney: | Alan T. Alexander<br>Mississippi Bar No. 100070<br>125 Thacker Loop<br>Oxford, MS 38655<br>(662) 234-4747<br>Email: alan_alexander@yahoo.com | | |