**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In Re: BENJAMIN ERIC WATTS and                                              CHAPTER 13
AMY NICOLE WATTS                                                            NO. 14-14565 JDW

## ORDER APPROVING MOTION TO SELL PROPERTY OF THE ESTATE

THIS CAUSE having come before the Court for consideration of the *Motion to Sell Property of the Estate* (Dkt. #) filed by the Debtors, Benjamin Eric Watts and Amy Nicole Watts, and no objections having been filed with in the time period prescribed in the Notice after service to all creditors and parties-in-interest, and the Court having considered same is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Debtors are hereby granted leave to sell 121 CR 369, Water Valley, MS 38965 located in Lafayette County, MS, together with a 2011 River Birch 28' x 56' mobile home, VIN: RB10AL15797AB to Patrick P. Caine for the sum of $28,000.00. The real property is further described on Exhibit "A".

IT IS FURTHER ORDERED AND ADJUDGED that from the proceeds of the sale, the claim of Oxford University Bank ("OUB") shall be paid in full by direct payment to OUB, which will pay all claims owed to OUB, including the arrears claim which was being paid through the Chapter 13 Plan. Since this claim will be paid in full by the proceeds outside the Chapter 13 Plan, no additional funds will be paid to OUB by the Chapter 13 Trustee ("Trustee").

IT IS FURTHER ORDERED AND ADJUDGED that from the proceeds of the sale, the sum of $12,000 shall be paid to the Trustee from which she is hereby directed to use the proceeds to pay her normal compensation and pay the remaining claims, which include the claims of Nissan Motor Acceptance Corporation ("NMAC") (Clm. #1-1), 21st Mortgage (Clm. #4-1) and Regions Bank (Clm. #2-1) in full together with any interest due as of the date of the disbursement, which will pay the Chapter 13 Plan in full.

IT IS FURTHER ORDERED AND ADJUDGED that OUB and 21st Mortgage are hereby ordered to release their liens on their collateral upon receipt of the funds required to pay the claims in full.

IT IS FURTHER ORDERED AND ADJUDGED that Debtors are hereby allowed to retain any additional proceeds after payment of Chapter13 Plan in full as exempt property pursuant to § 85-3-21 of the Mississippi Code of 1972, Annotated, as the net proceeds from the sale is less than $75,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that the Debtors shall, within 15 days of the sale, report to the Court, the Chapter 13 Trustee and Office of the U.S. Trustee, the fact that the property has sold together with the disbursements made.

**END OF ORDER**

Submitted by:

/s/ Robert Gambrell
Robert Gambrell, Atty for Debtors, MS Bar #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com