**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In Re: BENJAMIN ERIC WATTS and** | **CHAPTER 13** |
| **AMY NICOLE WATTS** | **NO. 14-14565 JDW** |

**ORDER GRANTING MOTION TO SHORTEN NOTICE**
**TIME REGARDING MOTION FOR AUTHORITY**
**TO SELL PROPERTY OF THE ESTATE (Dkt.#87)**

THIS MATTER is before the Court on the Motion to Shorten Notice Time regarding Debtors' Motion for Authority to Sell Property of the Estate, filed on March 25, 2019 (the "Motion to Shorten") (Dkt. #89). The Court has reviewed the Motion to Shorten and finds that an order granting the Motion to Shorten is due to be entered. Accordingly, is hereby

ORDERED, ADJUDGED AND DECREED that the Motion to Shorten (Dkt. #89) is granted. The Debtor shall serve a copy of the Motion for Authority to Sell Property of the Estate (Dkt.#87) and the Notice of the Motion for Authority to Sell Property of the Estate on all parties within three days of the entry of this Order, and the response deadline shall be the 13th day following the entry of this Order.

**END OF ORDER**

Submitted by:
/s/ Robert Gambrell
Robert Gambrell, Atty for Debtors, MS Bar #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com