IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
BENJAMIN ERIC WATTS
AMY NICOLE WATTS
A/K/A AMY NICOLE MILLER

BANKRUPTCY CASE NO. 14-14565-JDW

## RESPONSE TO MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE

COMES NOW, 21st Mortgage Corporation ("21st Mortgage"), and files this its Response to the Motion For Authority To Sell Property of the Estate ("Motion") [Dkt # 87] and responding paragraph by paragraph states as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. 21st Mortgage is without sufficient information regarding all other allegations contained in Paragraph 7 of the Motion and therefore denies same.
8. 21st Mortgage admits that it is the lienholder on the subject mobile home and that the confirmed Chapter 13 Plan provides that 21st Mortgage is to be paid a value plus interest over the life of the Plan. 21st Mortgage further admits that it's claim must be paid in full from the proceeds from any sale. 21st Mortgage is without sufficient information regarding all other allegations contained in Paragraph 8 of the Motion and therefore denies same.
9. 21st Mortgage admits that sufficient funds must be available from any sale to pay the claim of 21st Mortgage in full, including reimbursement for unpaid insurance premiums totaling $1,828.00. 21st Mortgage is without sufficient information concerning all other allegations contained

in Paragraph 9 of the Motion and therefore denies same.

10. 21st Mortgage admits that sufficient funds must be available from any sale to pay the claim of 21st Mortgage in full, including reimbursement for unpaid insurance premiums. 21st Mortgage is without sufficient information concerning all other allegations contained in paragraph 10 of the Motion and therefore denies same.

11. 21st Mortgage has no objection to the sale as described in the Motion provided the claim of 21st Mortgage is paid in full, including reimbursement for unpaid insurance premiums.

**WHEREFORE, PREMISES CONSIDERED,** so long as the claim of 21st Mortgage as described herein is paid in full, 21st Mortgage has no objection to the proposed sale.

**DATED:** April 4, 2019.

Respectfully submitted,

21st Mortgage Corporation

BY: _____
Edward E. Lawler, Jr.
Its Attorney

Edward E. Lawler, Jr., MSB No. 1095
McKay Lawler Franklin & Foreman, PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Telefax (601) 572-8440
Email: elawler@mckaylawler.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the following:

Robert Gambrell
Gambrell & Associates PLLC
101 Ricky D Britt Blvd Ste 3
Oxford, MS 38655

Locke D. Barkley
Northern District of Mississippi
6360 I-55 North Suite 140
Jackson, MS 39211

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

by United States mail, postage prepaid, or by electronic notice, on April 4, 2019.

Edward E. Lawler, Jr.

TFMTG-B1010