# MCKAY LAWLER FRANKLIN & FOREMAN, PLLC
ATTORNEYS AT LAW

MARC K. MCKAY   EDWARD E. LAWLER, JR.   J. MARK FRANKLIN, III   R. KEITH FOREMAN
JANA N. MANLOVE †

P.O. BOX 2488  RIDGELAND, MS  39158-2488

601-572-8778

FAX 601-572-8440
WWW.MCKAYLAWLER.COM

†ALSO ADMITTED IN TENNESSEE

July 9, 2019

U.S. Bankruptcy Court
Northern District of Mississippi (Aberdeen)

**Re:** **21st Mortgage Corporation v. Benjamin Eric Watts and Amy Nicole Watts a/k/a Amy Nicole Miller**
**BANKRUPTCY CASE NO.  14-14565-JDW**
**Our File No.  TFMTG-B1010**

Dear Clerk:

We respectfully request that the Motion for Relief [Dkt # 82] filed by 21st Mortgage Corporation be reset at the earliest date available.

Thank you for your attention to this matter.

Sincerely yours,

*/s/ Edward E. Lawler, Jr.*

Edward E. Lawler, Jr.

EELjr:kdf